██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL SAMAROO, Appellant. [27 NYS3d 391]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Blumenfeld, J.), rendered November 14, 2013, convicting him of robbery in the second degree (two counts), after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see* Penal Law § 160.10 [1], [2] [a]; *People v Chiddick*, 8 NY3d 445, 447 [2007]; *People v Walters*, 69 AD3d 768, 768-769 [2010]). Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the factfinder's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633, 644 [2006]).

In addition, the trial court properly denied the defendant's request for a missing witness charge, as there was no evidence that the uncalled witnesses would provide noncumulative testimony (*see People v Edwards*, 14 NY3d 733, 735 [2010]; *People v Stewart*, 96 AD3d 880, 881 [2012]). Mastro, J.P., Chambers, Roman and Barros, JJ., concur.